**Opinion issued March 3, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00918-CV**

———————————

## IN RE HELIX ALLIANCE DECOM, LLC AND
## FROST BROWN TODD, LLP, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Helix Alliance Decom, LLC and Frost Brown Todd, LLP have filed

a petition for writ of mandamus challenging the trial court's order on sanctions.[1]

We deny mandamus relief because a complete record was not filed in support of

the petition and because subsequent events have mooted the issues raised in

---

[1] The underlying case is *Stanley Verrett v. Helix Energy Solutions Group, Inc. et al.*, cause number 2024-05889, pending in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming presiding.

Argument Section II of the petition. *See* TEX. R. APP. P. 52.8(a), 52.7(a)(2). We dismiss any pending motions as moot. We withdraw our stay order dated November 4, 2025.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.